UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Robert Forest Nelson, Jr.,

       Plaintiff,

vs.                                 ORDER ADOPTING
                                     REPORT AND RECOMMENDATION

Victor J. Williams, et al.,

       Defendant.                 Civil No. 13-181 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

Defendants' Motion for Summary Judgment and Sanctions, [Docket No. 46], is **GRANTED in part** and **DENIED in part**.


DATED: 10/27/14                 s/Patrick J. Schiltz
At Minneapolis, Minnesota       Patrick J. Schiltz, Judge
                                United States District Court